UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

8:25-CV-02406-KKM-TGW

[Susan R. Leff],

Plaintiff,

v.

The U.S. Treasurer, Scott Bessen in his official capacity,

Elon Musk, individually,

And,

AKASH BOBBA.
EDWARD CORISTINE
LUKE FARRITOR
GAUTIER COLE KillIAN
GRUIN KIGER
ETLAN SHAUTRAN

Defendants.

Case No.: [Leave blank – assigned by court]

# COMPLAINT FOR VIOLATION OF PRIVACY ACT AND UNAUTHORIZED DISCLOSURE OF RECORDS

Introduction

1. This action seeks relief for unlawful access, use, and disclosure of Plaintiff's Social Security and Treasury-related records, in violation of the Privacy Act of 1974, 5 U.S.C. § 552a, and related federal protections.

2. Plaintiff brings this action based on whistleblower evidence confirming that federal data systems were improperly accessed and shared with unauthorized individuals, including Defendant Elon Musk.

Jurisdiction and Venue

3. This Court has jurisdiction under 28 U.S.C. § 1331 (federal question) and 5 U.S.C. § 552a(g)(1).

4. Venue is proper in this District under 28 U.S.C. § 1391(e) because Plaintiff resides here and the events giving rise to the claim occurred in part within this District.

Parties

5. Plaintiff [Your Full Name] is a U.S. citizen and resident of [State], whose protected records under the Privacy Act were unlawfully accessed.

6. Defendant U.S. Treasurer is sued in her official capacity as the federal officer responsible for safeguarding Treasury and Social Security financial records.

7. Defendant Elon Musk along with DOGE, as a private individual alleged to have unlawfully received or accessed Plaintiff's protected federal records.

Factual Allegations

8. Plaintiff's personal data, including Social Security and Treasury-related records, are maintained in federal systems of records protected under the Privacy Act.

9. On or about [July 2025], Plaintiff became aware through whistleblower evidence that such records were improperly disclosed to, and accessed by, Defendant Musk with the involvement or authorization of officials within the Treasury Department.

10. Plaintiff did not consent to any disclosure of these records to Defendant Musk or any unauthorized party.

11. The disclosure caused Plaintiff harm, including invasion of privacy, emotional distress, and increased risk of identity misuse.

Cause of Action I — Privacy Act Violation (5 U.S.C. § 552a)

12. Defendants' actions constitute a willful and intentional violation of the Privacy Act by disclosing Plaintiff's protected records to unauthorized parties.

13. Plaintiff is entitled to damages, injunctive relief, and attorney's fees under 5 U.S.C. § 552a(g)(1) and (g)(4).

Cause of Action II — Unauthorized Access and Disclosure

14. Defendant Musk, acting in concert with or through access obtained from Treasury officials, obtained Plaintiff's protected information without legal authority.

15. Such conduct violated federal privacy protections and Plaintiff's constitutional right to informational privacy.

Relief Requested

Plaintiff respectfully requests that this Court:

a. Declare that Defendants' conduct violated the Privacy Act;

b. Enjoin Defendants from any further access or disclosure of Plaintiff's federal records;

c. Award Plaintiff actual damages, statutory damages, costs, and attorney's fees as authorized by 5 U.S.C. § 552a(g)(4);

d. Award any other relief this Court deems just and proper.

Jury Demand

Plaintiff demands a trial by jury on all issues so triable.

Respectfully submitted,

[Susan R. Leff]

[3606 EL Camino Court ]

[Largo, FL, 33771]

[727 278 8888]

[Susanrochelleleff@gmail.com]

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
for the

District of _____

Division

SUSAN R LEFF

_____
*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

see attached

_____
*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. _____
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)*  ☑ Yes  ☐ No

## COMPLAINT FOR A CIVIL CASE

**I.   The Parties to This Complaint**

   **A.   The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   Name             SUSAN R LEFF
   Street Address   3606 EL CAMINO COURT
   City and County  LARGO, Pinellas
   State and Zip Code  FLORIDA, 33771
   Telephone Number  727-278-8888
   E-mail Address   SUSAN ROCHELLELEFF@gmail.com

   **B.   The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1
- Name: Scott BESSENT
- Job or Title (if known): SECRETARY of THE TREASURY
- Street Address: 1500 PENNSYLVANIA AVE NW
- City and County: Washington DC
- State and Zip Code: 20220
- Telephone Number: 202 622 2000
- E-mail Address (if known):

Defendant No. 2
- Name: ELOH MUSK
- Job or Title (if known): HEAD of DOGE
- Street Address: 1650 - 17th STREET NW
- City and County: Washington DC
- State and Zip Code: 20006
- Telephone Number: 202 647 4000
- E-mail Address (if known):

Defendant No. 3
- Name: AKASH BOBBA
- Job or Title (if known): DOGE ENGINEER
- Street Address: 1650 - 17th STREET NW
- City and County: Washington DC
- State and Zip Code: 20006
- Telephone Number: 202 647 - 4000
- E-mail Address (if known):

Defendant No. 4
- Name: EDWARD CORISTINE
- Job or Title (if known): DOGE ENGINEER
- Street Address: 1650 - 17th STREET NW
- City and County: WASHINGTON, DC
- State and Zip Code: 20006
- Telephone Number: 202 647 4000
- E-mail Address (if known):

Page 2 of 5

Defendant No. ~~1~~ 5
- Name: LUKE FARRITOR
- Job or Title (if known): DOGE ENGINEER
- Street Address: 1650 - 17th STREET NW
- City and County: WASHINGTON, DC
- State and Zip Code: 20006
- Telephone Number: 202-647-4000
- E-mail Address (if known):

Defendant No. ~~2~~ 6
- Name: Gautier COLE KilliAN
- Job or Title (if known): DOGE ENGINEER
- Street Address: 1650 - 17th STREET NW
- City and County: WASHINGTON, DC
- State and Zip Code: 20006
- Telephone Number: 202 647-4000
- E-mail Address (if known):

Defendant No. ~~3~~ 7
- Name: Gavin Kilger
- Job or Title (if known): DOGE ENGINEER
- Street Address: 1650 - 17th STREET NW
- City and County: WASHINGTON, DC
- State and Zip Code: 20006
- Telephone Number: 202 647-4000
- E-mail Address (if known):

Defendant No. ~~4~~ 8
- Name: ETHAN SHAOTRAN
- Job or Title (if known): DOGE ENGINEER
- Street Address: 1650 - 17th STREET NW
- City and County: WASHINGTON, DC
- State and Zip Code: 20006
- Telephone Number: 202 647 4000
- E-mail Address (if known):

II. **Basis for Jurisdiction**

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[✓] Federal question            [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

A. **If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

PLEASE SEE ATTACHED

B. **If the Basis for Jurisdiction Is Diversity of Citizenship**

1. The Plaintiff(s)

    a. If the plaintiff is an individual
    The plaintiff, (name) SUSAN R. LEFF, is a citizen of the State of (name) FLORIDA.

    b. If the plaintiff is a corporation
    The plaintiff, (name) _____, is incorporated under the laws of the State of (name) _____, and has its principal place of business in the State of (name) _____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual
    The defendant, (name) Scott Bessent, is a citizen of the State of (name) South Carolina. Or is a citizen of (foreign nation) _____.

    all others are US citizens

V. **Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

A.  **For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 2/13/2025

Signature of Plaintiff: Susan R Leff

Printed Name of Plaintiff: SUSAN R. LEFF

B.  **For Attorneys**

Date of signing: _____

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Street Address
State and Zip Code
Telephone Number
E-mail Address